NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACADIANA MANAGEMENT GROUP, LLC, ALBUQUERQUE-AMG SPECIALTY HOSPITAL, LLC, CENTRAL INDIANA-AMG SPECIALTY HOSPITAL, LLC, LTAC HOSPITAL OF EDMOND, LLC, HOUMA-AMG SPECIALTY HOSPITAL, LLC, LTAC OF LOUISIANA, LLC, LAS VEGAS-AMG SPECIALTY HOSPITAL, LLC, WARREN BOEGEL, BOEGEL FARMS, LLC, THREE BO'S, INC.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2021-1941

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00496-PEC, Judge Patricia E. Campbell-Smith.

---

Before LOURIE, CHEN, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2                                    ACADIANA MANAGEMENT GROUP, LLC v. US

The appellants filed this action at the United States Court of Federal Claims, alleging an illegal exaction predicated on a fee increase resulting from implementation of a 2017 amendment to 28 U.S.C. § 1930. The Court of Federal Claims dismissed the complaint for failure to state a claim, and this appeal followed. The parties now inform this court that the Supreme Court in *Siegel v. Fitzgerald*, 142 S. Ct. 1770 (2022), recently addressed the constitutionality of the fee increase from the 2017 amendment and the parties agree that "this Court should vacate the two orders that are the subject of the instant appeal [the order granting the government's motion to dismiss and the order denying reconsideration] and remand . . . for proceedings not inconsistent with *Siegel*." ECF No. 45 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The United States Court of Federal Claims' November 30, 2020, order and May 6, 2021, order are vacated, and the case is remanded for proceedings consistent with the Supreme Court's decision in *Siegel*.

(2) Each side shall bear its own costs.

FOR THE COURT

September 16, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court


ISSUED AS A MANDATE: September 16, 2022